of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon appellant's filing the undertaking required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDMOND WEIL, INC., v. THE AMERICAN CREDIT INDEMNITY COMPANY OF NEW YORK.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALBERT STONE v. KATE CIBULSKY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ISADORE B. GELLER and Another. ERNEST W. BRADBURY v. FLAMOUNT REALTY CORPORATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

UNITED PLUMBERS SUPPLY COMPANY v. LEHIGH VALLEY RAILROAD COMPANY and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

330 BLEECKER STREET CORPORATION v. VILLAGE DEVELOPERS, INC., and Others, Impleaded with MUTUAL TILE CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES J. TAGLIABUE MANUFACTURING COMPANY v. NATIONAL CITY BANK OF NEW YORK and THE BANK OF AMERICA NATIONAL ASSOCIATION OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell McAvoy, Martin and Sherman, JJ.

MONRO-KING & GREMMELS REALTY CORPORATION v. 9 AVENUE-31 STREET · CORPORATION and Others, Impleaded with TURNER CONSTRUCTION COMPANY and Others, and CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK and Others. MAX N. NATANSON and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MIRACLE GIRL COAT HOUSE, INC., v. E-Z FOOTWEAR CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MIRACLE GIRL COAT HOUSE, INC., v. E-Z FOOTWEAR CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HELEN M. DOWNING and JAMES E. DOWNING v. GRECIAN A. COOPER and GILBERT P. COOPER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of DAVID LIND for a Peremptory Mandamus Order against SAMUEL LEVY, President of the Borough of Manhattan.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with